[EMERGENCY]

page 1# Clerk of Courts:

I need pro-bono attorney representation to file and represent me in a civil suit against the Department of Correction and it's WellPath medical personnel. Since March 22nd, at the Massachusetts Treatment Center, all inmates have been barred access to Lexis/Nexis law terminals and law books and denied our First Amendment rights to have access to the Courts. Superintendant David Duarte has authorized this, and appointed Director of Treatment Anthony Antunes to oversee all requests to the law library, which he has limited to one hour per month. And even this is a farse because I've been requesting access for over 120 days and have not gotten in. I've attempted to file several grievances and they are not responded to or returned. They are never answered. Furthermore, a WellPath doctor and surgeon here has referred me to outside medical treatment for MRI's and pain specialist, but an NP for WellPath, vetos all his recommendatio. and keeps referring me back to physical therapy in house — but there is no physical therapist! She refuses to come into the building since the pandemic started in March, yet the N.P. stil

page 2# continues to undermine the doctor's decisions, despite far lesser credentials. And the doctor admitted that it is a scam to prevent spending! And he told me he would testify against her in Court to the truth of this. This is a violation of my Eighth Amendment Rights, to have meaningful access to medical care and deliberate indifference to my medical needs that are serious. I am and have been isolated to a block with no access to names of these people, and need investigative resources and attornies to represent me. I have no accesses to any resources to format a suit, I cannot consult state or federal law because I've been denied access. I cannot make any deadlines because the resources I need are no longer provided and the pandemic is being "used" to suspend and eliminate my guaranteed constitutional rights! Everyone's!

This Court must provide assistance to give me meaningful access to the Court, as my 1st Amendment rights have been infringed upon – which should never happen. And as a result, I cannot file suit or defend myself, or overturn my case

page 3#

Therefore, I am requesting that an investigator be sent into this building with the assistance of a federal Marshal to confirm what I am saying as the truth, get the names of these people as they do not wear identification any longer, and be served a summons after a proper complaint has been drafted by an appointed firm of law for the purposes of a federal civil litigation for recovery of damages and the imposition of an emergency injunction.

I have litigated in the past before Judge Joseph L. Tauro and Chief Justice Mark L. Wolf, and under far lesser claims I was in fact appointed pro-bono attorney representation and made case law for what requirements met the prongs.

See: 11-10357-MLW
     11-10593-JLT

To confirm this. These claims are far more serious.

Nixon Peabody, LLP was appointed to me on both of these cases and I settled out.

page 4# I attest these claims to be the Truth under penalty of perjury, and I ask that this be shown to the proper people — preferably the 1st Circuit Chief Judge in power.

Jonathan Cullinan W112017
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Signed under penalty of perjury

*[signature]*

JONATHAN P. CULLINAN

Date: July 29th, 2020



Jonathan Cullinan W112017
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

BROCKTON MA 023
30 JUL 2020 PM 2 L

Clerk of Court
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Boston, MA 02210

02210-302599