UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN P. CULLINAN,<br>  Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>)    C.A. No. 20-11466-AK |
| MASSACHUSETTS DEPARTMENT OF<br>CORRECTION, et al.,<br>  Defendants. | )<br>)<br>)<br>) |

# **ORDER**

**November 2, 2021**

Kelley, D.J.

   *Pro se* plaintiff Jonathan Cullinan commenced this action without paying the filing fee or filing a motion for leave to proceed without prepayment of the filing fee (also referred to as a motion for leave to proceed *in forma pauperis*).

   On September 27, 2021, the Court issued an order requiring Cullinan to resolve the filing fee by paying the fee or by filing a motion for leave to proceed *in forma pauperis*. (Docket Entry No. 3). In this order, the Court also warned him that failure to comply with the order within twenty-one days could result in dismissal of the action.

   The deadline for complying with the Court's September 27, 2021 order has passed without any response from Cullinan.[1]

---

[1] On October 6, 2021, the copy of the September 27, 2021 order that the Clerk had mailed to Cullinan was returned as undeliverable. (Docket Entry No. 4). Notwithstanding, the order is deemed properly served because the Clerk mailed it to the address Cullinan had provided and he had not notified the Court of any change of address. *See* Local Rule 83.5.5(h) ("Any notice sent by the clerk or any party to a *pro se* party shall be deemed delivered and properly served if sent to the most recent address or e-mail address provided by the *pro se* party.").

Accordingly, the Court orders that this action be <u>DISMISSED</u> without prejudice for failure to pay the filing fee.

SO ORDERED.

                                                /s/ Angel Kelley
                                                ANGEL KELLEY
                                                UNITED STATES DISTRICT JUDGE